**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gonzalo Mata,<br><br>    Plaintiff,<br><br>v.<br><br>Pima County,<br><br>    Defendant. | No. 04-CV-277-TUC-FRZ<br><br>**ORDER** |

Pending before the Court are Plaintiff Gonzalo Mata's July 27, 2005 "Motion to Request a Lawyer to Represent Me in this Case" and August 29, 2005 "Motion to Request a Lawyer to Represent and Defend Me in this Case." In those motions, he alleges that he has been unable to obtain an attorney to represent him despite his good faith efforts to find one and that he is poor and does not have enough money to hire an attorney.

The Court has the discretion to request an attorney to represent an individual who is unable to afford counsel. 28 U.S.C. § 1915(e)(1); *see also* 42 U.S.C. § 2000e-5(f)(1); *Bradshaw v. Zoological Society of San Diego*, 662 F.2d 1301, 1318 (9th Cir. 1981).

Mata has not adequately demonstrated that his unable to afford counsel. In the motions, he simply states that he is poor and does not have enough money to hire an attorney. But Mata paid the filing fee and did not seek to proceed in forma pauperis. In addition, Mata is employed.

Therefore, the Court, in its discretion, will deny Mata's requests for appointed counsel at this time. Mata may, however, file a subsequent request for appointment of counsel that demonstrates his financial inability to pay, his efforts to obtain counsel, the likelihood of his success on the merits, and his inability to articulate his claims in light of the complexity of the legal issues involved. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Bradshaw*, 662 F.2d at 1318.

Accordingly,

**IT IS ORDERED** that Plaintiff's July 27, 2005 "Motion to Request a Lawyer to Represent Me in this Case" (U.S.D.C. document #30) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's August 29, 2005 "Motion to Request a Lawyer to Represent and Defend Me in this Case" (U.S.D.C. document #34) is **DENIED WITHOUT PREJUDICE**.

DATED this 7th day of November, 2005.

FRANK R. ZAPATA
United States District Judge