*WO*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Gonzalo Mata, | ) |
| | ) |
| | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) JUDGMENT IN A CIVIL CASE |
| | ) |
| Pima County, | ) Case: CV-04-277-TUC-FRZ |
| | ) |
| Respondent. | ) |
| _____ | ) |

X  **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Defendant's Rule 7.2(i) motion for summary disposition (U.S.D.C. document #42) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (U.S.D.C. document #37) is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is in favor of the Defendant and against the Plaintiff.

February 8, 2006
Date

RICHARD H. WEARE
CLERK

*S/ M.  Michelle Mejia*

M.  Michelle Mejia
Deputy Clerk

Copies to: J/B, FRZ, all Counsel